[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JUN 22 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Laron A. Jones

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Judicial circuit Court

Branch

Case No: 1822-CV-1534



(To be supplied by the Clerk of this Court)

This is my Case Number for my Lawsuit

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:            **AMENDED COMPLAINT**

  ✓        **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
            U.S. Code** (state, county, or municipal defendants)

           **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
           28 SECTION 1331 U.S. Code** (federal defendants)

           **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A. Name: Aaron Antwon Jones

    B. List all aliases: _____

    C. Prisoner identification number: 735055

    D. Place of present confinement: Cook County

    E. Address: 2700 S. California Ave Chicago Illinois, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Judicial Circuit Court Branch

    Title: Judge Franklin U. Valderamma

    Place of Employment: Cook County, Chicago, Illinois, 60608

    B. Defendant: _____

    Title: _____

    Place of Employment: _____

    C. Defendant: _____

    Title: _____

    Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be compensated for These unconstitutional Actions on my behalf. Also compesated for the pain In suffering I have been through that's supported b proof of physcotrophic Medications Also I have coverays of family members that have passed that have caused me to go through Major Pain.

VI.    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this June day of 9 , 20 22

_____

Lavon A. Jones
(Signature of plaintiff or plaintiffs)

Lavon A. Jones
(Print name)

735055
(I.D. Number)

Cook county, Chicago, Illinois
2700 S. California Ave, 60608
_____
(Address)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1.) My name is Lavon Jones and my First complaint is False Arrest and the reason why I am filing for False arrest because of a unconstitunial probable cause, because it violates the Illinois Constitution. Because they used a witness testimony that wasn't supported by a Aufidavit

(2.) Also my Other complaint is Pain In Suffering because I have been taking physotrophic Medication since I have been Incarcerated and I have lost family Members.

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Luron Antwon Jones
#20200406112
2700 S. California Ave
Chicago, Illinois, 60608

S SUBURBAN IL 604
14 JUN 2022 PM 4 L

United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

06/22/2022-59

60604-180099





RECEIVED
2022 JUN 22 AM 9:07

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Envelope FSC® C137131

© USPS 2019